**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michele Jane Barr<br>Matthew Charles Barr<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 25-70188 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of RELIANCE SAVINGS BANK T/A RELIANCE BANK and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
16 May 2025, 14:17:59, EDT

Denise Carlon, Esq. (317226)   ☑
Matthew Fissel, Esq. (314567)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com