FILED
5/21/25 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MATTHEW CHARLES BARR AND | ) Bankruptcy No. 25-70188-JAD |
| MICHELE JANE BARR, | ) Chapter 13 |
| | ) Related to ECF #5 |
| Debtors. | ) |
| | X |

### ORDER GRANTING APPLICATION TO PAY FEES IN INSTALLMENTS

The Debtors have filed an Application for Individuals to Pay the Filing Fee in Installments (the "Application"). The Application alleges that the filing fee in chapter 13 cases is $313, and it has been represented in the Application that the Debtor is unable to presently pay the full filing fee in full.

It appears that cause exists to grant the Application. Therefore, on this 21st day of May 2025, it is hereby ORDERED, ADJUDGED and DECREED that:

(1)    The Application is GRANTED, and the filing fee shall be paid in installments according to the following schedule:

$78.25 due 6/13/2025
$78.25 due 7/14/2025
$78.25 due 8/15/2025
$78.25 due 9/15/2025
_____
$313.00 is the total due.

(2)    Unless otherwise excused by prior Court Order, **failure to timely make any one of the above referenced installment payments shall result in the Court immediately dismissing the case without further notice or hearing**. See W.Pa.LBR 1006-1.

(3)    Until the filing fee is paid in full, the Debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtors shall not relinquish, and no person shall accept, any property as payment for services in connection with this case. Accordingly, no disbursements shall be made by the chapter 13 trustee (including the escrow of any anticipated trustee commissions) until the filing fee has been paid in full. Prior to making any disbursement of funds received from Debtors, the trustee shall first verify that the filing fee has been paid in full.

(4) If, upon the dismissal of the case, the chapter 13 trustee determines that the filing fee has not been paid in full, the trustee is authorized and directed to immediately pay the remaining balance of the filing fee from funds paid to her by the Debtors regardless of whether a plan is confirmed and before payment to any other creditors.

(5) No plan shall be confirmed until the entire filing fee is paid in full.

(6) The authorization to pay the filing fee in installments is conditioned upon Debtors' acknowledgment that, in the event of dismissal or conversion, any funds held by the trustee will be applied to the filing fee balance remaining due at the time of dismissal or conversion regardless of whether Debtors may otherwise be entitled to return of the funds held by the trustee. Any objection by the Debtors to this condition shall be filed with 7 days of entry of this Order. If an objection is timely filed, a hearing shall be scheduled to address the Debtors' objection. At such hearing a *de novo* review of the Application shall also occur. Debtors will be required to attend any such hearing in person. If no objection is filed within 7 days of the date of this Order, the terms of this Order shall be final and the Debtors shall be deemed to have acknowledged and consented to all of the terms of this Order, including without limitation (a) the dismissal provisions, and (b) the provisions providing that, to the extent the filing fees remain unpaid, funds on hand with the chapter 13 trustee may be paid to the Clerk on account of such unpaid fees upon conversion or dismissal of this bankruptcy case.

Date: May 21, 2025

_____ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to Mail to:
Debtor(s)
Ronda J. Winnecour, Esq.

-2-

00027862

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                           Case No. 25-70188-JAD
Matthew Charles Barr                                                                Chapter 13
Michele Jane Barr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: auto            Page 1 of 1
Date Rcvd: May 21, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

**Recip ID      Recipient Name and Address**
db/jdb      + Matthew Charles Barr, Michele Jane Barr, 724 Skyline Drive, Dysart, PA 16636-9500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

**Name      Email Address**

Denise Carlon
     on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK dcarlon@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 3