UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In re:

Matthew Charles Barr
Debtor

Case No.: 25-70188

Chapter: 13

## MOTION TO RECONSIDER DISMISSAL OF BANKRUPTCY CASE

I, Matthew Charles Barr, respectfully request that the Court reconsider and vacate the Order of Dismissal entered on May 29, 2025 in the above-captioned case, and in support of this Motion state as follows:

1. I filed this bankruptcy case on May 13, 2025 as a pro se debtor.

2. On or about a date after filing, the Court issued an Order or Notice requiring me to complete and/or return certain documents.

3. I did not receive the referenced documents or notices from the Court or Trustee, and therefore was not aware of the requirement(s) that led to the dismissal.

4. The failure to respond or comply was not due to neglect or disregard, but due to lack of notice and opportunity to comply.

5. I respectfully request that the Court vacate the Dismissal Order and reinstate the bankruptcy case, and allow me a reasonable time to complete any outstanding requirements.

6. This request is made in good faith, and reinstating the case would serve the interests of justice and equity.

WHEREFORE, I respectfully request that the Court grant this Motion, vacate the Dismissal Order entered on May 29, 2025, and reinstate my bankruptcy case for further administration.

Respectfully submitted,

Dated: June 10, 2025

Signature: _/s/ Matthew C. Barr_

Printed Name: Matthew Charles Barr