IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| MATTHEW CHARLES BARR AND | : | Bankruptcy No. <u>25-70188JAD</u> |
| MICHELE JANE BARR, | : | FILED |
| | : | 6/13/25 2:14 pm |
| **Debtor(s)** | : | Chapter 13 |
| | : | CLERK |
| ***************************************** | : | Doc. # 16 |
| | : | U.S. BANKRUPTCY |
| | : | COURT - WDPA |

### ORDER

AND NOW, this **13th** day of **June**, **2025**, upon consideration of the debtor(s) Motion To to Reconsider Dismissal of Case,

**IT IS ORDERED, ADJUDGED, AND DECREED THAT** the debtor(s) Motion **IS GRANTED.**

**IT IS FURTHER ORDERED THAT** the Dismissal Order signed on **May 29, 2025, IS VACATED** and, to the extent that the Bankruptcy Case is closed, **Bankruptcy No. 25-70188JAD IS HEREBY REOPENED AND REINSTATED.**

**IT IS FURTHER ORDERED THAT** all documents required to complete the petition, listed below, shall be filed on or before June 27, 2025 . Failure to file required documents will result in case being dismissed without further notice or hearing.

Schedules A-J
Declaration of Schedule
Employee Income Records
Declaration Re: Electronic filing
Summary of Schedules
Statement of Financial Affairs
Chapter 13 Plan
Statement of Current Monthly Income

_____
JEFFERY A. DELLER  jsf
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 25-70188-JAD |
|---|---|
| Matthew Charles Barr | Chapter 13 |
| Michele Jane Barr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16535272 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2025 00:00:55 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16540784 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2025 00:01:31 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16535271 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2025 00:01:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16533973 | + | Email/Text: nmccreary@reliancebank.com | Jun 14 2025 00:10:00 | Reliance Savings Bank T/A, Reliance Bank, 2424 8th Avenue, Altoona, PA 16602-2106 |
| 16535466 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2025 00:01:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RELIANCE SAVINGS BANK T/A RELIANCE BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025             Signature:              /s/Gustava Winters

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3