FILED
6/27/2025 2:00 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Matthew Charles Barr
Debtor

Case No: 25-70188
Chapter: 13

## MOTION TO CONSIDER EXTENSION OF DOCUMENT FILING DEADLINE

I, Matthew Charles Barr, respectfully request that the court consider a one week extension of the June 27 2025 deadline for the document filing required for the petition, and in support of this motion state as follows:

1. I filed this bankruptcy case on May 13, 2025 as a pro se debtor.

2. The original failure to respond or comply was not due to neglect or disregard, but due to lack of notice and opportunity to comply as noted in the previous motion to reconsider. Knowing that there were previous issues with receipt of requested documents when I did not receive them again before the aforementioned deadline, I contacted the court on Wednesday, June 25 2025 to request access and received them via email that day.

3. I previously paid a consultant to help with this process. Said consultant has failed to respond to my requests for assistance in filling out and filing the forms accurately this week.

4. I respectfully request that the court allow me additional time to both seek new counsel and ensure these documents are both filled out and filed correctly. I believe that one week is sufficient time to fulfill this requirement.

5. This request is made in good faith, and granting this extension would serve the interests of justice and equity.

WHEREFORE, I respectfully request that the Court grant this motion, thereby extending the document submission deadline of June 27 2025 by a period of one week.

Respectfully submitted,

Dated: June 27, 2025

Signature: _____

Printed Name: Matthew Charles Barr