```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

FILED
6/30/25 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | |
| MATTHEW CHARLES BARR AND MICHELE JANE BARR, | Bankruptcy No.    25-70188 JAD |
| Debtor(s). | Chapter 13 |
| ****************************************** | |
| MATTHEW CHARLES BARR AND MICHELE JANE BARR, | |
| Movant(s), | |
| v. | Doc. No.    22 |
| No Respondents, | |
| Respondent(s). | |

### ORDER

AND NOW, this **30th** day of **June, 2025,** upon consideration of the Debtor(s) *Second Motion For Extension Of Time To File Schedules To Complete The Petition*, **IT IS HEREBY ORDERED THAT** documents required to complete the bankruptcy filing are to be filed with the Clerk of the U.S. Bankruptcy Court on or before **July 14, 2025.**

**NO FURTHER EXTENSIONS WILL BE GRANTED EXCEPT IN EXTENUATING CIRCUMSTANCES.**

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:
Matthew Charles Barr
Michele Jane Barr
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

00011437.WPD

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-70188-JAD |
| Matthew Charles Barr | Chapter 13 |
| Michele Jane Barr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Jun 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3